

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

**Laura Michelle Owens**

Debtor(s)

Chapter: 7

Case No: 25-11801

## DECLARATION UNDER PENALTY OF
## PERJURY FOR DEBTOR(S) WITHOUT AN ATTORNEY

The debtor(s) shall answer the following questions:

1. Did you pay or promise to pay someone to help in preparing the documents for your bankruptcy filing:
   ☐ Yes  ☑ No

2. If "yes", please give the following information about that person(s):
   Name: _____
   Address: _____
   City/State/Zip: _____
   Telephone No: _____

3. What amount did you pay or promise to pay for this help? (Fill in the blanks)

   Money: Paid _____   Will Pay _____

   Personal Property or Services paid: (please explain): _____

4. Did you make any payments to the preparer for Court costs in connection with the filing of the bankruptcy? ☐ Yes ☑ No. If yes, how much $ _____.

I declare under penalty of perjury that the above statements are true.

_____ (signed)
Debtor's Signature
**Laura Owens**
Print Name
**11440 N 69th Street, Scottsdale, AZ 8525**
Address

_____
Joint Debtor Signature
_____
Print Name
_____
Address

**Warning:** It is a federal crime to file a document containing false information in a federal court proceeding. Penalty for false declarations: Fine of not more than $250,000 or imprisonment for not more than 5 years or both. 18 U.S.C. § 152 and § 3571.