# Notice Recipients

District/Off: 0970−2    User: admin    Date Created: 12/8/2025
Case: 2:25−bk−11801−BKM    Form ID: 309A    Total: 31

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
17979144    ATT
17979145    Santander

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Laura Owens          11440 N 69th Street          Scottsdale, AZ 85254
tr          ERIC M. HALEY          PO BOX 13390          SCOTTSDALE, AZ 85267
smg         AZ DEPARTMENT OF REVENUE          BANKRUPTCY & LITIGATION          1600 W. MONROE, 7TH FL.          PHOENIX, AZ 85007−2650
17979120    Afterpay          760 Market Street          Floor 2          San Francisco, CA 94102
17979121    Alevea Mental Health          2034 East Southern Avenue          Tempe, AZ 85282
17979122    Anthem Law          3715 West Anthem Way          Suite 119          Anthem, AZ 85086
17979124    BRCLYGAP          P.O. BOX 8803          Wilmington, DE 19899
17979123    Blue Cross Blue Shield of Arizona          PO Box 81049          Phoenix, AZ
17979125    Capital One          PO BOX 71083          Charlotte, NC 28272
17979126    Chaparral Veterinary Medical Center          32100 North Cave Creek Road          Cave Creek, AZ 85331
17979127    Cherry Tech          2261 Market Street          4689          San Francisco, CA 94114
17979118    Clayton Echard          1747 East Morten Avenue          Suite 205          Phoenix, AZ 85020
17979128    Comenity          PO BOX 182128          Columbus, OH 43218
17979129    Credit One Bank          PO BOX 60500          City of Industry, CA 91716−0500
17979130    Credit One Bank          PO BOX 60500          City of Industry, CA 91716−0500
17979131    January Technologies          176 Grand Street          New York, NY 10013
17979132    Kikoff          633 Folsom Street          Suite 300          San Francisco, CA 94107
17979133    Kolsrud Law          1650 N 1st Ave          Phoenix, AZ 85003
17979134    Macy's          P.O. Box 6167          Sioux Falls, SD 57117
17979135    Macys/CBNA          3039 CORNWALLIS RD          Durham, NC 27709
17979136    Midland Credit Management Inc.          PO Box 2004          Warren, MI 48090
17979137    Midland Credit Management Inc.          PO Box 2004          Warren, MI 48090
17979138    No Waste Grindings          515 East Carefree Highway          #1027          Phoenix, AZ 85085
17979119    SBNA          P.O. BOX 961211          Fort Worth, TX 76161
17979139    Sonoran Ranch Services          515 East Carefree Highway          #169          Phoenix, AZ 85085
17979140    Syncb Carecredit          PO BOX 965036          Orlando, FL 32896
17979141    The Valley Law Group, LLC          3101 North Central Avenue          Suite 100          Phoenix, AZ 85012
17979142    Waves          AZ
17979143    Zip Pay          228 Park Avenue South          #59872          New York, NY 10003

TOTAL: 29