# Notice Recipients

District/Off: 0970–2         User: admin         Date Created: 12/09/2025
Case: 2:25–bk–11801–BKM      Form ID: nprose     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Laura Owens     11440 N 69th Street     Scottsdale, AZ 85254

TOTAL: 1

Case 2:25-bk-11801-BKM    Doc 13-1    Filed 12/09/25    Entered 12/09/25 02:45:24    Desc
Notice to Debtors: Notice Recipients    Page 1 of 1