FORM ntcncmi

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:25−bk−11801−BKM |
| Laura Owens<br>aka Emily Laura Wilson<br>11440 N 69th Street<br>Scottsdale, AZ 85254<br>SSAN: xxx−xx−4448<br>EIN: | Chapter: 7 |
| Debtor(s) | |

## NOTICE TO CREDITORS THAT THE DEBTOR HAS NOT FILED THE STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION

---

NOTICE IS GIVEN that:

The debtor has not filed a Chapter 7 Statement of Your Current Monthly Income (Form 122A−1) within 10 days of the petition date and further notice will be given if a later filed statement indicates that a presumption of abuse has arisen.  See FRBP 5008.

Date: December 19, 2025

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number:  (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>Khadijia V. White−Thomas |