# Notice Recipients

District/Off: 0970−2     User: admin     Date Created: 12/19/2025
Case: 2:25−bk−11801−BKM     Form ID: ntcncmi     Total: 31

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
17979144 ATT
17979145 Santander
                TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust    U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
tr    ERIC M. HALEY    trustee@haley−law.com
                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Laura Owens    11440 N 69th Street    Scottsdale, AZ 85254
17979120 Afterpay    760 Market Street    Floor 2    San Francisco, CA 94102
17979121 Alevea Mental Health    2034 East Southern Avenue    Tempe, AZ 85282
17979122 Anthem Law    3715 West Anthem Way    Suite 119    Anthem, AZ 85086
17979124 BRCLYGAP    P.O. BOX 8803    Wilmington, DE 19899
17979123 Blue Cross Blue Shield of Arizona    PO Box 81049    Phoenix, AZ
17979125 Capital One    PO BOX 71083    Charlotte, NC 28272
17979126 Chaparral Veterinary Medical Center    32100 North Cave Creek Road    Cave Creek, AZ 85331
17979127 Cherry Tech    2261 Market Street    4689    San Francisco, CA 94114
17979118 Clayton Echard    1747 East Morten Avenue    Suite 205    Phoenix, AZ 85020
17979128 Comenity    PO BOX 182128    Columbus, OH 43218
17979129 Credit One Bank    PO BOX 60500    City of Industry, CA 91716−0500
17979130 Credit One Bank    PO BOX 60500    City of Industry, CA 91716−0500
17979131 January Technologies    176 Grand Street    New York, NY 10013
17979132 Kikoff    633 Folsom Street    Suite 300    San Francisco, CA 94107
17979133 Kolsrud Law    1650 N 1st Ave    Phoenix, AZ 85003
17979134 Macy's    P.O. Box 6167    Sioux Falls, SD 57117
17979135 Macys/CBNA    3039 CORNWALLIS RD    Durham, NC 27709
17979136 Midland Credit Management Inc.    PO Box 2004    Warren, MI 48090
17979137 Midland Credit Management Inc.    PO Box 2004    Warren, MI 48090
17979138 No Waste Grindings    515 East Carefree Highway    #1027    Phoenix, AZ 85085
17979119 SBNA    P.O. BOX 961211    Fort Worth, TX 76161
17979139 Sonoran Ranch Services    515 East Carefree Highway    #169    Phoenix, AZ 85085
17979140 Syncb Carecredit    PO BOX 965036    Orlando, FL 32896
17979141 The Valley Law Group, LLC    3101 North Central Avenue    Suite 100    Phoenix, AZ 85012
17979142 Waves    AZ
17979143 Zip Pay    228 Park Avenue South    #59872    New York, NY 10003
                TOTAL: 27