In re:                                                    Case No. 25-11801-BKM

Laura Owens                                               Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Laura Owens, 11440 N 69th Street, Scottsdale, AZ 85254-5101 |
| 17979121 | + | Alevea Mental Health, 2034 East Southern Avenue, Tempe, AZ 85282-7511 |
| 17979123 | + | Blue Cross Blue Shield of Arizona, PO Box 81049, Phoenix, AZ 85069-1049 |
| 17979126 | + | Chaparral Veterinary Medical Center, 32100 North Cave Creek Road, Cave Creek, AZ 85331-5426 |
| 17979118 | + | Clayton Echard, 1747 East Morten Avenue, Suite 205, Phoenix, AZ 85020-4691 |
| 17979133 | + | Kolsrud Law, 1650 N 1st Ave, Phoenix, AZ 85003-1124 |
| 17979138 | + | No Waste Grindings, 515 East Carefree Highway, #1027, Phoenix, AZ 85085-8839 |
| 17979119 | + | SBNA, P.O. BOX 961211, Fort Worth, TX 76161-0211 |
| 17979139 | + | Sonoran Ranch Services, 515 East Carefree Highway, #169, Phoenix, AZ 85085-8839 |
| 17979141 | + | The Valley Law Group, LLC, 3101 North Central Avenue, Suite 100, Phoenix, AZ 85012-2646 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 17979120 | ^ | MEBN | Dec 19 2025 22:52:47 | Afterpay, 760 Market Street, Floor 2, San Francisco, CA 94102-2402 |
| 17979124 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 19 2025 23:00:00 | BRCLYGAP, P.O. BOX 8803, Wilmington, DE 19899-8803 |
| 17979125 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 23:01:43 | Capital One, PO BOX 71083, Charlotte, NC 28272-1083 |
| 17979127 | ^ | MEBN | Dec 19 2025 22:53:16 | Cherry Tech, 2261 Market Street, 4689, San Francisco, CA 94114-1612 |
| 17979128 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2025 23:00:00 | Comenity, PO BOX 182128, Columbus, OH 43218-2128 |
| 17979129 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 19 2025 23:01:45 | Credit One Bank, PO BOX 60500, City of Industry, CA 91716-0500 |
| 17979131 | ^ | MEBN | Dec 19 2025 22:53:47 | January Technologies, 176 Grand Street, New York, NY 10013-3786 |
| 17979132 | + | Email/Text: bankruptcy@kikoff.com | Dec 19 2025 23:00:00 | Kikoff, 633 Folsom Street, Suite 300, San Francisco, CA 94107-3600 |
| 17979134 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 23:01:47 | Macy's, P.O. Box 6167, Sioux Falls, SD 57117-6167 |
| 17979135 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 23:01:47 | Macys/CBNA, 3039 CORNWALLIS RD, Durham, NC 27709 |
| 17979136 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2025 23:00:00 | Midland Credit Management Inc., PO Box 2004, Warren, MI 48090-2004 |

| 17979119 | ^ MEBN | | |
|---|---|---|---|
| | | Dec 19 2025 22:52:25 | SBNA, P.O. BOX 961211, Fort Worth, TX 76161-0211 |
| 17979140 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Dec 19 2025 23:01:28 | Syncb Carecredit, PO BOX 965036, Orlando, FL 32896-5036 |
| 17979143 | + Email/Text: cxbk@zip.co | | |
| | | Dec 19 2025 23:00:00 | Zip Pay, 228 Park Avenue South, #59872, New York, NY 10003-1502 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17979144 | | ATT |
| 17979145 | | Santander |
| 17979142 | | Waves, AZ |
| 17979130 | * | Credit One Bank, PO BOX 60500, City of Industry, CA 91716-0500 |
| 17979137 | *+ | Midland Credit Management Inc., PO Box 2004, Warren, MI 48090-2004 |
| 17979122 | ##+ | Anthem Law, 3715 West Anthem Way, Suite 119, Anthem, AZ 85086-0624 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025                 Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ERIC M. HALEY | trustee@haley-law.com  emhaley@ecf.axosfs.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                              Case No.: 2:25−bk−11801−BKM

    Laura Owens                                 Chapter: 7
    aka Emily Laura Wilson
    11440 N 69th Street
    Scottsdale, AZ 85254
    SSAN: xxx−xx−4448
    EIN:

Debtor(s)

## NOTICE TO CREDITORS THAT THE DEBTOR HAS NOT FILED THE STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION

---

NOTICE IS GIVEN that:

The debtor has not filed a Chapter 7 Statement of Your Current Monthly Income (Form 122A−1) within 10 days of the petition date and further notice will be given if a later filed statement indicates that a presumption of abuse has arisen.  See FRBP 5008.

Date: December 19, 2025

Address of the Bankruptcy Clerk's Office:                Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                        Khadijia V. White−Thomas
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov