# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−2 | User: admin | Date Created: 12/29/2025 |
| Case: 2:25−bk−11801−BKM | Form ID: grntwvff | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust    U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
tr    ERIC M. HALEY    trustee@haley−law.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Laura Owens    11440 N 69th Street    Scottsdale, AZ 85254

    TOTAL: 1