ORDERED ACCORDINGLY.

Dated: January 5, 2026

_____
Brenda K. Martin, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LAURA OWENS aka EMILY LAURA WILSON,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:25-bk-11801-BKM<br><br>**ORDER AUTHORIZING CASE TRUSTEE TO EMPLOY ATTORNEY** |

This Court having considered Case Trustee's Application to Employ Attorney and the Declaration in support thereof, and it appearing that the law firm of Nach, Rodgers, Hilkert & Santilli ("**NRHS**") its members and associates, is a disinterested party and that the employment of said law firm generally by the Case Trustee is in the best interest of this estate;

IT IS HEREBY ORDERED, that Eric M. Haley, Case Trustee herein, is authorized to employ the law firm of NRHS, generally, as attorneys for the Case Trustee and the estate, with compensation to be paid only in such amounts as may be allowed by the Court upon proper application or applications therefor, pursuant to 11 U.S.C. §§327 and 330(a) (1) and Bankruptcy Rule 2016(a).

IT IS FURTHER ORDERED that such employment shall be effective as of the date the Application was filed with the Court.

**DATED AND SIGNED ABOVE.**