**WOODNICK LAW, PLLC**
1747 E. Morten Avenue, Suite 205
Phoenix, Arizona 85020
Telephone: (602) 449-7980
Facsimile: (602) 396-5850
office@woodnicklaw.com

Gregg R. Woodnick, #020736
Markus Risinger, #031524
markus@woodnicklaw.com
*Attorneys for Clayton Echard*

**IN THE UNITED STATES BANKRUPTCY**

**DISTRICT OF ARIZONA**

| In re:<br><br>LAURA OWENS,<br><br>aka LAURA MICHELLE OWENS,<br><br>EMILY LAURA WILSON,<br><br>    Debtor. | Chapter 7<br>Case No.: 2:25-bk-11801-BKM<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |
|---|---|

Notice is hereby given that the law firm of Woodnick Law, PLLC, through Gregg R. Woodnick and Markus Risinger, appears in this matter on behalf of Clayton Echard, a creditor, pursuant to Bankruptcy Rules 2002-1 and 9010-1(d). Undersigned counsel requests that all pleadings, filings, and other notices required or permitted to be served upon Mr. Echard be directed to counsel at the following addresses:

> Gregg R. Woodnick (SBN 020736)
> office@woodnicklaw.com
> Markus Risinger (SBN 031524)
> markus@woodnicklaw.com
> **WOODNICK LAW, PLLC**
> 1747 E Morten Avenue, #205
> Phoenix, AZ 85020

-1-

DATED: January 8, 2026.

WOODNICK LAW, PLLC

Markus Risinger
Gregg R. Woodnick
*Attorneys for Clayton Echard*

**COPY** of the foregoing mailed (or *served electronically) on January 8, 2026 to:

Laura Owens*
11440 N 69th Street
Scottsdale, AZ 85254
laura@lauramichelleowens.com
*Debtor, in propria persona*

Eric M. Haley
P.O. Box 13390
Scottsdale, AZ 85267
trustee@haley-law.com
*Bankruptcy Trustee*

By: */s/ Jordan Taylor*