| | |
|---|---|
| 1 | ILENE J. LASHINSKY (AZ #3073) |
| | United States Trustee |
| 2 | District of Arizona |
| 3 | Jennifer A. Giaimo (NY #2520005) |
| | Trial Attorney |
| 4 | 230 N. First Avenue, Suite 204 |
| | Phoenix, Arizona 85003-1706 |
| 5 | Direct Phone: (602) 682-2617 |
| | E-Mail: Jennifer.A.Giaimo@usdoj.gov |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| Laura Owens, | ) | Case No. 2:25-bk-11801-BKM |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| Debtor(s). | ) | **FOR NOTICES** |

PLEASE TAKE NOTICE THAT the undersigned attorney is the designated trial attorney for the United States Trustee in the above-captioned case. Please direct all notices and filings to      Jennifer A. Giaimo,      Trial Attorney, Office of the United States Trustee, 230 N. First Ave, Suite 204, Phoenix, Arizona, 85003 and to      Jennifer.A.Giaimo@usdoj.gov      for electronic notices.

Respectfully Submitted,

ILENE J. LASHINSKY
United States Trustee
District of Arizona

Dated      January 27, 2026           /s/Jennifer A. Giaimo
                                      Jennifer A. Giaimo
                                      Trial Attorney
                                      District of Arizona

| | |
|---|---|
| 23 | |
| 1 | COPY of the foregoing served via electronic mail |
| 2 | January 27, 2026 |
| | to all parties listed below: |
| 3 | |
| 4 | Laura Owens |
| | 11440 N 69th Street |
| 5 | Scottsdale, AZ 85254 |
| | Email:   laura@lauramichelleowens.com |
| 6 | |
| 7 | /s/ Dale S. Griffiths |
| | Dale S. Griffiths |
| 8 | Paralegal |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |

22

23