ORDERED ACCORDINGLY.

Dated: February 12, 2026

_____
Brenda K. Martin, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LAURA OWENS, | ) | Case No. 2:25-bk-11801-BKM |
| | ) | |
| Debtor. | ) | **ORDER GRANTING UNITED** |
| | ) | **STATES TRUSTEE'S APPLICATION** |
| | ) | **FOR FRBP 2004 EXAMINATION AND** |
| | ) | **REQUEST FOR PRODUCTION OF** |
| _____ | ) | **DOCUMENTS** |

Pending before the Court is the United States Trustee's ("UST") Application for FRBP 2004 Examination and Request for Production of Documents pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1.  Having considered the motion, the submissions, and the applicable law, the Court

ORDERS that the UST's Application for FRBP 2004 Examination and Request for Production of Documents is GRANTED.  The Court further ORDERS that the Debtor, Laura Owens ("Debtor"), shall (1) appear on a date and time agreeable to the parties or, if upon notice, after not less than 21 days' notice either in person or via Zoom video conferencing application, for oral examination, which may be videotaped and will be recorded by stenographic means and which will be taken before an officer authorized by the laws of the United States to administer oaths and to take testimony; and (2) produce for inspection and copying the documents described in Exhibit A attached to the

UST's motion, including electronically stored information, which are in the Debtor's possession, custody, or control, by delivering originals or copies of the documents to the undersigned counsel via either email directed to Jennifer.A.Giaimo@usdoj.gov or in hard copy format by mail delivery to the attention of Jennifer A. Giaimo, Trial Attorney, Office of the United States Trustee, 230 N. First Avenue, Suite 204, Phoenix, Arizona, 85003 on a date and time agreeable to the parties or, if upon notice, after not less than 21 days' notice.

  SIGNED AND DATED ABOVE.

-2-

Case 2:25-bk-11801-BKM Doc 36 Filed 02/12/26 Entered 02/12/26 14:16:12 Desc
Main Document Page 2 of 2