1
2 **UNITED STATES BANKRUPTCY COURT**
3 **DISTRICT OF ARIZONA**

4 In re:                                    Case No: 2:25-bk-11801-BKM

5 LAURA OWENS, aka
   LAURA MICHELLE OWENS, aka          **[PROPOSED] ORDER GRANTING**
6 EMILY LAURA WILSON,                 **LEAVE TO ENTER LIMITED SCOPE**
                                       **APPEARANCE**
7        Debtor.

8

9        The Court has considered the motion submitted by attorney David S. Gingras

10 seeking leave to enter a limited scope appearance in this matter on behalf of debtor Laura

11 Owens ("Ms. Owens"). Having considered the motion, and any response/replies thereto,

12 and good cause appearing, IT IS HEREBY ORDERED granting the motion as follows:

13      1.   Mr. Gingras may appear for Ms. Owens in this matter on a limited scope basis.

14           Upon entry of his appearance, Mr. Gingras will represent Ms. Owens in all

15           aspects of this case for a period of not more than 60 days from the date of this

16           order.

17      2.   If this matter is *not* resolved before the expiration of the 60-day period, Mr.

18           Gingras *may* agree to continue representing Ms. Owens for additional 60-day

19           periods as necessary.

20      3.   If the amount of work required by additional discovery requests from the trustee

21           or any creditors becomes excessive, Mr. Gingras may terminate his representation

22           of Ms. Owens by filing a Notice of Termination of Limited Scope Representation.

23           Upon such filing, Mr. Gingras will be deemed to no longer represent Ms. Owens

24           in this matter.

25 DONE IN OPEN COURT this date: _____

26

27                                       _____
28                                       Hon. Brenda K. Martin
                                         United States Bankruptcy Judge