ILENE J. LASHINSKY (AZ #3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2617
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LAURA OWENS, | ) | Case No. 2:25-bk-11801-BKM |
| | ) | |
| Debtor. | ) | **NOTICE OF DATES FOR PRODUCTION OF DOCUMENTS AND RULE 2004 EXAMINATION** |
| _____ | ) | |

PLEASE TAKE NOTICE that, pursuant to the Court's order granting the United States Trustee's ("UST") Application for FRBP 2004 Examination and Request for Production of Documents ("Rule 2004 Motion) (Docket #36), the Debtor has agreed and is required to produce the documents described in Exhibit A to the UST's Rule Motion by March 30, 2026, which is at least 21 days from this Notice.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order granting the UST's Rule 2004 Motion, the Debtor has agreed and is required to appear for oral examination under oath on a mutually agreeable date in April 2026 at the Office of the United States Trustee, 230 N. 1st Ave., Suite 204, Phoenix, Arizona, 85003. The

examination may be videotaped, will be recorded by stenographic means, and will be taken before an officer authorized by the laws of the United States to administer oaths and to take testimony. The date of the examinations is at least 21 days from this Notice.

RESPECTFULLY SUBMITTED this 19th day of February, 2026.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ JAG (NY #2520005)
_____
JENNIFER A. GIAIMO
Trial Attorney

## CERTIFICATE OF SERVICE

This is to certify that on February 19, 2026, a copy of the foregoing pleading was served on the Debtor via first class mail at the address listed below:

Laura Owens
11440 N 69th Street
Scottsdale, AZ 85254

/s/ Jennifer A. Giaimo
_____
JENNIFER A. GIAIMO