ILENE J. LASHINSKY (AZ #3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2617
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| LAURA OWENS, | ) Case No. 2:25-bk-11801-BKM |
| | ) |
| Debtor. | ) **UNITED STATES TRUSTEE'S** |
| | ) **UNOPPOSED MOTION TO EXTEND** |
| | ) **DEADLINE FOR FILING SECTION** |
| | ) **727 OBJECTION TO DISCHARGE** |

The United States Trustee ("UST"), by and through the undersigned counsel, files this Unopposed Motion to Extend Deadline for Filing Section 727 Objection to Discharge and respectfully shows the following:

### MEMORANDUM OF POINTS AND AUTHORITIES

Debtor, Laura Owens ("Debtor"), filed her voluntary Chapter 7 bankruptcy petition in this case on December 8, 2025. *See Docket #1*. The current deadline for parties to file a complaint objecting to Debtor's discharge under 11 U.S.C. § 727 is March 13, 2026, which is sixty (60) days from the first date set for the meeting of creditors pursuant to 11 U.S.C. § 341(a). *See* FED. R. BANKR. P. 4004(a)(1). This request to extend that deadline is being filed before the expiration of the current deadline.

On February 12, 2026, the Court granted the UST's request to obtain documents from and examine the Debtor pursuant to Fed. R. Bankr. P. 2004. *See Docket #36.* The UST has conferred with Debtor about a convenient date for Debtor to appear for examination, and the UST has agreed to accommodate Debtor's schedule by scheduling the examination in April. In light of the fact that Debtor's Rule 2004 examination will be occurring after the current deadline for the UST to file a complaint objecting to discharge under 11 U.S.C. § 727, the UST requests that the Court extend that deadline by seventy-five (75) days from March 13, 2026 until May 27, 2026.

Counsel for the UST conferred with Debtor regarding this requested extension and Debtor stated that she was agreeable to the UST's request to extend the deadline to file a complaint under 11 U.S.C. § 727.[1]

Pursuant to Fed. R. Bankr. P. 4004(b)(1), the Court may extend the deadline for a party to file a complaint objecting to a debtor's discharge upon a showing of cause. *See* FED. R. BANKR. P. 4004(b)(1). Cause exists for an extension in this case based on the Debtor's request that her Rule 2004 examination be conducted in April, after the current 11 U.S.C. § 727 complaint deadline.

WHEREFORE the UST respectfully requests that the Court grant this unopposed motion and issue the proposed order being lodged herewith and extend the deadline for the UST to file a complaint objecting to the Debtor's deadline pursuant to 11 U.S.C. § 727 until May 27, 2026.

---

[1] Debtor was agreeable to an extension for sixty (60) days from the date of her examination. This requested extension is for a shorter period than what Debtor agreed to.

RESPECTFULLY SUBMITTED this 23rd day of February, 2026.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ JAG (NY #2520005)

_____
JENNIFER A. GIAIMO
Trial Attorney

## CERTIFICATE OF SERVICE

This is to certify that on February 23, 2026, a copy of the foregoing pleading was served on the Debtor via first class mail at the addresses listed below:

Laura Owens
11440 N 69th Street
Scottsdale, AZ 85254

/s/ Jennifer A. Giaimo
_____
JENNIFER A. GIAIMO