ILENE J. LASHINSKY (AZ #3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2617
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LAURA OWENS, | ) | Case No. 2:25-bk-11801-BKM |
| | ) | |
| Debtor. | ) | **NOTICE OF LODGING ORDER** |
| | ) | **GRANTING UNITED STATES** |
| | ) | **TRUSTEE'S UNOPPOSED MOTION** |
| | ) | **TO EXTEND DEADLINE FOR** |
| | ) | **FILING SECTION 727 OBJECTION** |
| _____ | ) | **TO DISCHARGE** |

PLEASE TAKE NOTICE that on February 23, 2026, the United States Trustee ("UST") uploaded the attached proposed form of order granting the UST's Unopposed Motion to Extend Deadline for Filing Section 727 Objection to Discharge.

RESPECTFULLY SUBMITTED this 23rd day of February, 2026.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ JAG (NY #2520005)
_____
JENNIFER A. GIAIMO
Trial Attorney

## CERTIFICATE OF SERVICE

This is to certify that on February 23, 2026, a copy of the foregoing pleading was served on the Debtor via first class mail at the addresses listed below:

Laura Owens
11440 N 69th Street
Scottsdale, AZ 85254

/s/ Jennifer A. Giaimo
_____
JENNIFER A. GIAIMO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| LAURA OWENS, | ) Case No. 2:25-bk-11801-BKM |
| | ) |
| Debtor. | ) **ORDER GRANTING UNITED** |
| | ) **STATES TRUSTEE'S UNOPPOSED** |
| | ) **MOTION TO EXTEND DEADLINE** |
| | ) **FOR FILING SECTION 727** |
| _____ | ) **OBJECTION TO DISCHARGE** |

Pending before the Court is the United States Trustee's ("UST") Unopposed Motion to Extend Deadline for Filing Section 727 Objection to Discharge. Having considered the motion, the submissions, and the applicable law, the Court

ORDERS that the UST's Unopposed Motion to Extend Deadline for Filing Section 727 Objection to Discharge is GRANTED and the UST shall have through May 27, 2026 to file a complaint objecting to the discharge of the debtor in the above-captioned case pursuant to 11 U.S.C. § 727.

SIGNED AND DATED ABOVE.