IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LAURA OWENS, | ) | Case No. 2:25-bk-11801-BKM |
| | ) | |
| Debtor. | ) | **ORDER GRANTING UNITED** |
| | ) | **STATES TRUSTEE'S UNOPPOSED** |
| | ) | **MOTION TO EXTEND DEADLINE** |
| | ) | **FOR FILING SECTION 727** |
| _____ | ) | **OBJECTION TO DISCHARGE** |

Pending before the Court is the United States Trustee's ("UST") Unopposed Motion to Extend Deadline for Filing Section 727 Objection to Discharge. Having considered the motion, the submissions, and the applicable law, the Court

ORDERS that the UST's Unopposed Motion to Extend Deadline for Filing Section 727 Objection to Discharge is GRANTED and the UST shall have through May 27, 2026 to file a complaint objecting to the discharge of the debtor in the above-captioned case pursuant to 11 U.S.C. § 727.

SIGNED AND DATED ABOVE.