ILENE J. LASHINSKY (AZ #3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2617
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:                          ) Chapter 7
                                )
LAURA OWENS,                    ) Case No. 2:25-bk-11801-BKM
                                )
        Debtor.                 ) **STIPULATED MOTION TO DISMISS**
                                ) **WITH PREJUDICE**
                                )
                                )

The United States Trustee ("UST") and creditor Clayton Echard, by and through

their respective undersigned counsel, and debtor Laura Owens ("Debtor"), proceeding

*pro se,* hereby stipulate and move the Court for an order voluntarily dismissing the

above-captioned Chapter 7 bankruptcy case with prejudice to refiling for one year,

subject to the terms and conditions set forth herein.

1. Debtor filed her voluntary Chapter 7 bankruptcy petition in this case on

December 8, 2025. *See Docket #1.* Debtor filed her petition *pro se*, and no attorney has

entered an appearance on her behalf in the administrative bankruptcy case.

2. On January 9, 2026, Clayton Echard filed an adversary complaint against

Debtor, which is proceeding under case number 2:26-ap-00007-BKM.

3. On February 12, 2026, the Court granted the UST's Application for Federal Rule of Bankruptcy Procedure 2004 Examination. *See Docket #36.*

4. On February 23, 2026, the Court entered a stipulated order extending the UST's deadline to file an adversary complaint against the Debtor to deny discharge pursuant to 11 U.S.C. § 727. *See Docket #43.*

5. In order to resolve the issues presented by the bankruptcy filing and potential denial of discharge action by the UST, the parties have agreed to the following:

    a. Voluntary Dismissal. Debtor agrees to voluntarily dismiss her above-captioned Chapter 7 bankruptcy case pursuant to 11 U.S.C. § 707(a).

    b. Agreement Not to Refile. Debtor agrees that she will not file a bankruptcy petition in any United States Bankruptcy Court for a period of one (1) year from the date of entry of the order of dismissal in this case (the "Bar Period").

    c. Consequences of Violation; Reinstatement of This Case. In the event that Debtor files a bankruptcy petition in any United States Bankruptcy Court during the Bar Period in violation of Paragraph (b) above:

        i. This case shall be automatically reinstated upon the filing of a notice or motion to reinstate by any creditor, the Chapter 7 Trustee, or the UST;

        ii. Debtor agrees that she will not oppose any notice or motion to reinstate this case filed by any creditor, the Chapter 7 Trustee, or the UST;

-2-

iii. The adversary proceeding filed by Clayton Echard in this case shall likewise be reinstated in the same procedural posture as it existed at the time this case was dismissed; and

iv. Upon reinstatement of this case, the UST shall have sixty (60) days from the date of entry of the order reinstating the case to: (i) notice and conduct a Rule 2004 examination of Debtor; and (ii) file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727. The deadline set forth in this Paragraph shall supersede any previously applicable deadline under Fed. R. Bankr. P. 4004.

d. Dismissal of Adversary Proceeding. The adversary proceeding filed by Clayton Echard shall be dismissed without prejudice simultaneously with the dismissal of this case.

e. In the event of reinstatement of this case pursuant to Paragraph (c) above, Echard's adversary proceeding shall be reinstated as provided in Paragraph (c)(iii) above.

f. Retention of Jurisdiction. The Court shall retain jurisdiction to enforce the terms of the Stipulation provided for herein, to reinstate this case upon a showing by any creditor, the Chapter 7 Trustee, or the UST that Debtor has filed a bankruptcy petition during the Bar Period, and to enter any orders necessary to effectuate the terms of this Stipulation.

-3-

g. Effect of Dismissal. Except as provided in this Stipulation, dismissal of this case shall have the effects provided under applicable law, including 11 U.S.C. § 349.

h. Current Deadlines. The Parties agree that all deadlines currently in effect, including the May 27, 2026 deadline for the UST to file an adversary complaint against Debtor pursuant to 11 U.S.C. § 727, shall be held in abeyance pending the Court's ruling on this Stipulated Motion. In the event that the Court denies this Stipulated Motion, the Parties agree that the UST shall have sixty (60) days from the date of the denial of the Stipulated Motion to reschedule Debtor's Rule 2004 Examination and file an adversary proceeding to deny discharge pursuant to 11 U.S.C. § 727.

i. Authority. Each Party represents and warrants that the person executing this Stipulation on behalf of such Party has full authority to enter into and be bound by the terms hereof.

j. Entire Agreement. This Stipulation constitutes the entire agreement of the Parties with respect to the subject matter hereof and supersedes any prior understandings or agreements, whether written or oral, between the Parties relating to the same subject matter.

WHEREFORE the UST, Clayton Echard, and Debtor jointly request that the Court, upon notice and hearing, grant this Stipulated Motion and issue a Stipulated Order

-4-

of Dismissal, to be lodged after notice and hearing, incorporating the terms of the parties' agreement.

RESPECTFULLY SUBMITTED this 15th day of April, 2026.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ JAG (NY #2520005)

JENNIFER A. GIAIMO
Trial Attorney

4/15/26

LAURA OWENS
*Pro Se*
11440 N 69th Street
Scottsdale, AZ 85254

/s/ Markus Risinger (AZ #031524)

Markus Risinger
Woodnick Law, PLLC
1747 E. Morten Avenue
Ste 205
Phoenix, AZ 85020
623-330-3968
Email: markus@woodnicklaw.com
Attorney for Clayton Echard

-5-