ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Mobile: (202) 590-8699
Email: Jennifer.A.Giaimo@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 |
| LAURA OWENS, | Case No. 2:25-bk-11801-BKM |
| Debtor. | **NOTICE OF HEARING ON STIPULATED MOTION TO DISMISS WITH PREJUDICE** |
| | **Hearing Date and Time: May 14, 2026 at 2:15pm** |
| | **Hearing Location: Courtroom 701** |

NOTICE IS HEREBY GIVEN that a hearing on *Stipulated Motion to Dismiss With Prejudice*, filed in the above referenced case will be held on the **14th day of May, 2026, at 2:15 p.m.** The hearing will be held in person at 230 N. First Ave., Phoenix, AZ 85003 in Courtroom 701.

A copy of the motion is on file and available for review with the Clerk, United Bankruptcy Court. Any response to the objection must be in writing and filed on or before, May 7, 2026 with the Clerk, U.S. Bankruptcy Court, mailed or hand delivered to 230 North First Avenue, Suite 101, Phoenix, Arizona 85003, with a copy served on the U.S. Trustee, 230 North First Avenue, Suite 204, Phoenix, Arizona 85003.

1

RESPECTFULLY SUBMITTED this 18th day of March, 2026.

ILENE J. LASHINSKY
United States Trustee
District of Arizona


/s/ JAG (NY #2520005)
JENNIFER A. GIAIMO
Trial Attorney

2