ILENE J. LASHINSKY (AZ #3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2617
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LAURA OWENS, | ) | Case No. 2:25-bk-11801-BKM |
| | ) | |
| Debtor. | ) | **NOTICE OF LODGING PROPOSED** |
| | ) | **ORDER GRANTING STIPULATED** |
| | ) | **MOTION TO DISMISS WITH** |
| | ) | **PREJUDICE** |
| | ) | |
| _____ | ) | |

PLEASE TAKE NOTICE that on May 11, 2026, the United States Trustee, by and through the undersigned counsel, uploaded the attached proposed form of order granting the Stipulated Motion to Dismiss with Prejudice (Docket #45). The proposed order is being lodged in advance of the hearing on this matter set for May 14, 2026 at 2:15 p.m.

RESPECTFULLY SUBMITTED this 11th day of May, 2026.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ JAG (NY #2520005)

_____
JENNIFER A. GIAIMO
Trial Attorney

### CERTIFICATE OF SERVICE

This is to certify that on May 11, 2026, a copy of the foregoing pleading was served on the following parties at the emails listed below:

Laura Owens
11440 N 69th Street
Scottsdale, AZ 85254
Email: laura@lauramichelleowens.com

Markus Risinger
Woodnick Law, PLLC
1747 E. Morten Avenue
Ste 205
Phoenix, AZ 85020
Email: markus@woodnicklaw.com
Attorney for Clayton Echard

/s/ Jennifer A. Giaimo

_____
JENNIFER A. GIAIMO

-2-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

LAURA OWENS,

        Debtor.

_____

) Chapter 7
)
) Case No. 2:25-bk-11801-BKM
)
) **STIPULATED ORDER OF**
) **DISMISSAL WITH PREJUDICE**
)
)

Pending before the Court is the Stipulated Motion to Dismiss with Prejudice (Docket #45) filed jointly by the United States Trustee ("UST"), creditor Clayton Echard ("Echard"), and debtor Laura Owens ("Debtor"). Having considered the stipulated motion, the submissions, the applicable law, and the statements at the hearing on this matter on May 14, 2026, the Court

ORDERS that the Stipulated Motion to Dismiss with Prejudice is GRANTED and the above-captioned bankruptcy case is hereby DISMISSED with prejudice so that Debtor may not file a bankruptcy petition in any United States Bankruptcy Court for a term of one (1) year from the date of entry of this order. The Court further ORDERS the following pursuant to the stipulation of the parties:

      a.     The Debtor agrees to the voluntary dismissal of her case pursuant to 11 U.S.C. § 707(a);

b. Debtor shall not file a bankruptcy petition in any United States Bankruptcy Court for a period of one (1) year from the date of entry of this Order of dismissal (the "Bar Period");

c. In the event that Debtor files a bankruptcy petition in any United States Bankruptcy Court during the Bar Period in violation of Paragraph (b) above:

   i. This case shall be automatically reinstated upon the filing of a notice or motion to reinstate by any creditor, the Chapter 7 Trustee, or the UST;

   ii. Debtor shall not oppose any notice or motion to reinstate this case filed by any creditor, the Chapter 7 Trustee, or the UST;

   iii. The adversary proceeding filed by Echard shall likewise be reinstated in the same procedural posture as it existed at the time this case was dismissed; and

   iv. Upon reinstatement of this case, the UST shall have sixty (60) days from the date of entry of the order reinstating the case to: (i) notice and conduct a Rule 2004 examination of Debtor; and (ii) file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727. The deadline set forth in this Paragraph shall supersede any previously applicable deadline under Fed. R. Bankr. P. 4004.

d. The adversary proceeding filed by Echard shall be dismissed without prejudice simultaneously with the dismissal of this case;

e. In the event of reinstatement of this case pursuant to Paragraph (c) above, Echard's adversary proceeding shall be reinstated as provided in Paragraph (c)(iii) above.

f. The Court shall retain jurisdiction to enforce the terms of the Stipulated Motion to Dismiss with Prejudice and this Order, to reinstate this case upon a showing by any creditor, the Chapter 7 Trustee, or the UST that Debtor has filed a bankruptcy petition during the Bar Period, and to enter any orders necessary to effectuate the terms of the Stipulated Motion and this Order.

g. Except as provided in the Stipulated Motion and this Order, dismissal of this case shall have the effects provided under applicable law, including 11 U.S.C. § 349.

SIGNED AND DATED ABOVE.

Approved as to form and substance:

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ JAG (NY #2520005)
_____
JENNIFER A. GIAIMO
Trial Attorney

_Laura Owens_
_____
LAURA OWENS
*Pro Se*
11440 N 69th Street
Scottsdale, AZ 85254

Case 2:25-bk-11801-BKM    Doc 49    Filed 05/11/26    Entered 05/11/26 12:13:21    Desc
Main Document      Page 5 of 6

/s/ Markus Risinger (031524)

Markus Risinger
Woodnick Law, PLLC
1747 E. Morten Avenue
Ste 205
Phoenix, AZ 85020
623-330-3968
Email: markus@woodnicklaw.com
Attorney for Clayton Echard

-4-