# Notice Recipients

District/Off: 0970–2        User: admin        Date Created: 5/14/2026

Case: 2:25–bk–11801–BKM        Form ID: pdf002        Total: 38

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| 17979144 | ATT | |
| 17979145 | Santander | |

TOTAL: 2

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | ERIC M. HALEY | trustee@haley–law.com |
| aty | DAVID SCOTT GINGRAS | david@gingraslaw.com |
| aty | Markus Risinger | markus@woodnicklaw.com |
| aty | STUART BRADLEY RODGERS | Stuart.Rodgers@NRHSLaw.com |
| aty | TERRY A. DAKE | tdake@cox.net |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Laura Owens | 11440 N 69th Street    Scottsdale, AZ 85254 |
| cr | Clayton Echard | c/o WOODNICK LAW PLLC    1747 E MORTEN AVENUE SUITE 205    PHOENIX, AZ 85020 |
| aty | GREGG R WOODNICK | WOODNICK LAW PLLC    1747 E MORTEN AVENUE #205    PHOENIX, AZ 85020 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION    1600 W. MONROE, 7TH FL.    PHOENIX, AZ 85007–2650 |
| 17979120 | Afterpay | 760 Market Street    Floor 2    San Francisco, CA 94102 |
| 17979121 | Alevea Mental Health | 2034 East Southern Avenue    Tempe, AZ 85282 |
| 17979122 | Anthem Law | 3715 West Anthem Way    Suite 119    Anthem, AZ 85086 |
| 17979124 | BRCLYGAP | P.O. BOX 8803    Wilmington, DE 19899 |
| 17979123 | Blue Cross Blue Shield of Arizona | PO Box 81049    Phoenix, AZ |
| 17979125 | Capital One | PO BOX 71083    Charlotte, NC 28272 |
| 17979126 | Chaparral Veterinary Medical Center | 32100 North Cave Creek Road    Cave Creek, AZ 85331 |
| 17979127 | Cherry Tech | 2261 Market Street    4689    San Francisco, CA 94114 |
| 17979118 | Clayton Echard | 1747 East Morten Avenue    Suite 205    Phoenix, AZ 85020 |
| 18012569 | Clayton Echard | c/o Woodnick Law, PLLC    1747 E. Morten Ave.    Ste. 205    Phoenix, Arizona 85020 |
| 17979128 | Comenity | PO BOX 182128    Columbus, OH 43218 |
| 17979129 | Credit One Bank | PO BOX 60500    City of Industry, CA 91716–0500 |
| 17979130 | Credit One Bank | PO BOX 60500    City of Industry, CA 91716–0500 |
| 17979131 | January Technologies | 176 Grand Street    New York, NY 10013 |
| 17979132 | Kikoff | 633 Folsom Street    Suite 300    San Francisco, CA 94107 |
| 17979133 | Kolsrud Law | 1650 N 1st Ave    Phoenix, AZ 85003 |
| 17979134 | Macy's | P.O. Box 6167    Sioux Falls, SD 57117 |
| 17979135 | Macys/CBNA | 3039 CORNWALLIS RD    Durham, NC 27709 |
| 17979136 | Midland Credit Management Inc. | PO Box 2004    Warren, MI 48090 |
| 17979137 | Midland Credit Management Inc. | PO Box 2004    Warren, MI 48090 |
| 17979138 | No Waste Grindings | 515 East Carefree Highway    #1027    Phoenix, AZ 85085 |
| 17979119 | SBNA | P.O. BOX 961211    Fort Worth, TX 76161 |
| 17979139 | Sonoran Ranch Services | 515 East Carefree Highway    #169    Phoenix, AZ 85085 |
| 17979140 | Syncb Carecredit | PO BOX 965036    Orlando, FL 32896 |
| 17979141 | The Valley Law Group, LLC | 3101 North Central Avenue    Suite 100    Phoenix, AZ 85012 |
| 17979142 | Waves | AZ |
| 17979143 | Zip Pay | 228 Park Avenue South    #59872    New York, NY 10003 |

TOTAL: 31